

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00092-CR

Wayne Lee **HORTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B15406
Honorable Stephen B. Ables, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED January 11, 2017.

_____
Rebeca C. Martinez, Justice